634 A.2d 520

HAKIM ABDUL–ALI v. JACQUELIN ROCKER–BROWN
AND NEWARK PRESCHOOL COUNCIL.

September 10, 1993.

ON PETITION FOR CERTIFICATION

Petition for certification is denied with costs; and it is further

ORDERED that the appeal in the within matter is dismissed pursuant to *Rule* 2:12–9.

■

634 A.2d 521

NAT BREW v. MARK STERN.

September 10, 1993.

ON PETITION FOR CERTIFICATION

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *McKeown–Brand v. Trump Castle Hotel and Casino,* 132 *N.J.* 546, 626 *A.*2d 425 (1993).

Jurisdiction is not retained.

■

634 A.2d 521

SOUTH MIDDLESEX INDUSTRIAL PARK ASSOCIATES v.
BRUNSWICK HOTEL, LTD, ETC. AND ZONING BOARD
OF THE TOWNSHIP OF SOUTH BRUNSWICK.

September 10, 1993.

ON PETITION FOR CERTIFICATION

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration based on the municipal ordinance amendment.